UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GABRIEL N. DIMA  :
2300 Good Hope Road, S.E., #1109
Washington, D.C., 20029  :

      Plaintiff  :

vs.  :  Case No.:

WASHINGTON METROPOLITAN AREA  :
  TRANSIT AUTHORITY
600 Fifth Street, N.W.  :
Washington, D.C., 20001

    :

    Serve: Patricia Y. Lee, Esq.
       General Counsel  :
       600 Fifth Street, N.W.
       Washington, D.C., 20001  :

    Defendant  :

## COMPLAINT
### (Negligence - Damages)

Comes now the plaintiff, Gabriel N. Dima, by and through his attorneys, Sacks & Chapin, P.C., and Peter A. Chapin, Esquire, and sues the defendant, Washington Metropolitan Area Transit Authority, (hereinafter referred to as "WMATA") and for cause of action said plaintiff states that:

1.    This Honorable Court has jurisdiction over the claim against the above captioned defendant pursuant to the Washington Metropolitan Area Transit Authority Compact, §§4 and 81, adopted by reference in the District of Columbia Code, §9-1107.01, 2001 Edition.

2.    This Court has venue in this matter by virtue of 28 U.S.C. §1391(c).

LAW OFFICES
SACKS & CHAPIN, P.C.
4720 MONTGOMERY LANE, SUITE 330
BETHESDA, MD 20814
(202) 659-1200

-2-

3. On or about Thursday, September 14, 2017, at approximately 7:14 P.M., plaintiff Gabriel N. Dima was lawfully operating a motor vehicle owned by him and traveling on Eighth Street, S.E., Washington, D.C., and stopped in the left lane of said roadway attempting to permit defendant's Metrobus to enter into the travel lane, when suddenly and without warning said WMATA Metrobus owned by defendant herein, and being operated by Zakiya Robyn Arrington, said defendant's agent, servant, and/or employee acting within the scope of her employment "side-swiped" plaintiff's vehicle with great force and violence. Said collision was the direct, proximate and sole result of the negligence and carelessness of the defendant, WMATA, by and through its agent, servant and/or employee, operating said vehicle within the scope of that person's employment with WMATA.

2. As a result of the sole negligence and carelessness of the defendant, WMATA, by and through its agents, servants, and/or employees, as aforesaid, plaintiff, Gabriel A. Dima, sustained multiple and painful injuries requiring large expenditures of money for his necessary medical care.

3. Plaintiff, Gabriel A. Dima, will, in the future, be compelled to expend large additional sums of money for his continued necessary medical care and treatment.

WHEREFORE, plaintiff, Gabriel A. Dima, demands judgment against the defendant, Washington Metropolitan Area Transit Authority in the sum of **ONE HUNDRED FIFTY ($150,000.00) DOLLARS,** or such sum as will fully and adequately compensate the plaintiff, plus interest from the date of Judgment, and the costs of this action.

LAW OFFICES
SACKS & CHAPIN, P.C.
4720 MONTGOMERY LANE, SUITE 330
BETHESDA, MD 20814
(202) 659-1200

-3-

Respectfully submitted,

SACKS & CHAPIN, P.C.

*[signature]*

PETER A. CHAPIN,    #0002030
Attorney for Plaintiff
4720 Montgomery Lane
Suite 330
Bethesda, Maryland, 20814
(202) 659-1200
(FAX) (202) 659-1029
pac@sacksandchapin.com

## JURY DEMAND

Plaintiff, Gabriel A. Dima, elects trial by jury six (6) persons of all issues involved herein.

*[signature]*

PETER A. CHAPIN,
Attorney for Plaintiff